NOVEMBER 8, 2002

No. 02A376. COLBURN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Petitioner is directed to file a petition for writ of certiorari on or before 3 p.m., Monday, December 9, 2002. A brief in opposition is due on or before 3 p.m., Monday, December 30, 2002. A reply brief, if any, shall be filed within seven days of the filing of the brief in opposition. This Court's Rule 29.2 does not apply.

NOVEMBER 12, 2002

No. 02–10. GALAZA, WARDEN *v.* POWELL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Early* v. *Packer, ante,* p. 3.

No. 02–25. IMMIGRATION AND NATURALIZATION SERVICE *v.* YI QUAN CHEN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *Orlando Ventura, ante,* p. 12. 

No. 02–193. INTERMATIC INC. *v.* LAMSON & SESSIONS CO. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535 U. S. 722 (2002). 

No. 02–6748. SWINT *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.